DORA E. CLARK, Respondent, v ROY K CLARK, Appellant.— Motion granted and appeal dismissed, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

In the Matter of the Examination of TOBIAS WOLFSON, Judgment Debtor, in Proceedings Supplementary to Execution, etc., in an Action Entitled Supreme Court, County of Monroe, JACOB CHERNOFSKY, Plaintiff, v. TOBIAS WOLFSON, Defendant, Appellant.— Motion granted unless appellant shall file and serve printed papers and briefs on appeal on or before the 15th day of August, 1927. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

EDWARD OLDMAN and Another, Respondents, v. OLAF W. PETERSEN, Appellant. — Motion granted unless appellant shall file and serve printed papers and printed briefs on appeal on or before the 1st day of August, 1927. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

WALTER SIEMIASZ, Respondent, v. SAMUEL LANDAU and Another, Appellants.— Motion granted unless appellants shall file and serve the printed papers and printed briefs on appeal on or before the 15th day of August, 1927. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

CARSON G. GROTE, Respondent, v. GUSTAV H. POPPENBERG, Doing Business under the Name of DAVIS MOTOR SALES COMPANY, Appellant.— Motion granted unless the appellant shall file and serve printed papers and printed briefs on appeal on or before the 15th day of August, 1927. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AGNES MITREFF and GEORGE MITREFF, Appellants.— Motion granted and time for argument of appeal extended to and including the 16th day of September, 1927, and printed papers and briefs on appeal to be filed and served on or before the 1st day of September, 1927. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JESSE GRIFFIN, Appellant.— Motion granted and time for argument of appeal extended to and including the 16th day of September, 1927, and printed papers and briefs on appeal to be filed and served on or before the 1st day of September, 1927. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

MAY LEARY, Appellant, v. GENESEE CONSTRUCTION COMPANY and Others, Respondents.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

WINIFRED E. RUSSELL, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion granted unless the appellant shall file and serve the printed papers on appeal on or before August 15, 1927, and the printed briefs on appeal on or before September 1, 1927. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

EMORY S. RUSSELL, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion granted unless appellant shall file and serve printed papers on appeal herein by August 15, 1927, and printed briefs on appeal by September 1, 1927. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

CHARLES E. HATHORN, Respondent, v. ALBERT J. AILINGER, Appellant.— Motion granted unless appellant shall file and serve printed papers on appeal on or before August 1, 1927, and printed briefs on appeal on or before September 1, 1927. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.